UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUADALUPE TREJO,<br><br>    Plaintiff,<br><br>v.<br><br>BBJ RENTALS, INC. d/b/a BBJ LINEN<br><br>    Defendant. | Case No.: 1:14-cv-02295<br><br>Judge Joan B. Gottschall<br>Magistrate Sidney I. Schenkier |

## DEFENDANT'S DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 and Federal Rule of Civil Procedure 7.1, BBJ RENTALS, INC. d/b/a BBJ LINEN ("BBJ"), submits the following disclosures:

1. Pursuant to Local Rule 3.2, BBJ does not have any publicly-held affiliates as that term is defined in the Rule.

2. Pursuant to Federal Rule of Civil Procedure 7.1(a), BBJ does not have a parent organization and there are no publicly-held corporations that own more than 10% membership of BBJ.

Dated:  May 14, 2014

Respectfully submitted,

BBJ RENTALS, INC. d/b/a BBJ LINEN

  /s/ Kearney W. Kilens
One of Its Attorneys

Kearney W. Kilens
Jessica L. Berman
Litchfield Cavo LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
(312) 781-6686 (Kilens)
(312) 781-6680 (Berman)
(312) 781-6630 (facsimile)
kilens@litchfieldcavo.com
berman@litchfieldcavo.com